**<u>Exhibit 1</u>**
Expert Report of Dr. Vernon

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 18-CV-80581- MATTHEWMAN

PLAIN BAY SALES, LLC, a Florida
limited liability company,

      Plaintiff & Counter-Defendant,

v.

ZUME    GALLAHER   &   PAUL
HAUNERT,

      Defendants, Counterclaimants &
      Third-Party Plaintiffs,

v.

KATIE PRUDENT, ADAM PRUDENT,
HENRI    PRUDENT   &   KATIE
MONAHAN, INC.,

      Third-Party Defendants.

_____/

### <u>RULE 26 EXPERT REPORT OF GEOFF VERNON, DVM</u>

    The following report is provided pursuant to Rule 26 of the Federal Rules of Civil Procedure.

All of the opinions that I have offered in this report are given to a reasonable degree of medical

probability and/or certainty, and they are based on my education, training, knowledge, experience

and/or materials that I have reviewed in connection with this litigation, which are substantial and

have allowed me to perform a complete analysis of the condition of Victorio 5 (the "Horse"), a Bay

Hanoverian stallion born March 13, 2006, bearing Federation Equestre Internationale ("FEI")

Registration Number 103HM88.  To the extent a medical evaluation of the Horse has the potential to

provide additional information, I hereby request a clinical evaluation and any related testing of the

Horse and reserve the right to supplement my opinions based on that evaluation. This report is not

meant to be an exhaustive recitation of all of my opinions in the above-referenced case. A list of the materials which I have considered is attached to this report as **Exhibit 1**. I reserve the right to supplement this list, as well as to amend and supplement the opinions expressed in this report. I also reserve the right to respond to and rebut all information provided in discovery, which I understand is ongoing, and any opinions offered by Plaintiffs' experts at their depositions or at trial.

**Background and Qualifications**

I am a veterinarian specializing in performance and competition horses. After receiving a Bachelor of Science degree from the University of Toronto *summa cum laude*, I graduated from the Ontario Veterinary College in Guelph, Ontario, Canada in 1982. I have engaged in a sports medicine equine practice for over 35 years. My practice is limited solely to the treatment of high-performance sport horses.

Upon graduation from veterinary school, I established an equine practice in Aurora, Ontario just north of the city of Toronto. Although initially involving the treatment of standardbred and thoroughbred racehorses, the evolution of this practice led to a focus on sport horses, primarily jumpers. I am considered one of Canada's foremost sport horse veterinarians and have served as the veterinarian for the Canadian Equestrian Team at Olympic, Pan American and World Equestrian Games. I am also one of the veterinarians for the United States Equestrian Team and in that capacity have been involved with many winning Nations Cup teams as well as in the treatment and management of some of the top and most successful sport horses in the world through my offices in Nobleton, Ontario and Los Angeles, California. I am a recognized expert on the conditioning and preparation of Grand Prix jumpers and am often sought to offer my opinion on the serviceability of horses for this purpose. Along with several international experts, I have overseen the Criadores de Caballos Deportivos Mexicanos annual stallion approval in Mexico.

I am accredited by the FEI, the international body overseeing equestrian sport. I have officiated and worked as a treating veterinarian at the FEI World Cup Finals, the FEI World Children's Show Jumping Championships and numerous FEI dressage and showjumping competitions. I am the past senior member of Equestrian Canada's Medication Control Committee and have lectured at the American Association of Equine Practitioners' annual conference and at the Australian Association of Equine Practitioners' annual meeting, as well as at numerous seminars sponsored by the Canadian Equestrian Federation, the Ontario Veterinary College, US Equestrian and the United States Hunter Jumper Association. I am a member of the Canadian and American Veterinary Medical Associations, the Royal College of Veterinary Surgeons and The International Association of Sport Horse Veterinarians. I am licensed to practice in Alberta, Ontario, California, Florida, Kentucky, New York, Pennsylvania and in the United Kingdom.

**Lyme Disease & Its Effects**

Lyme disease is an infectious disease caused by the *Borrelia* bacterium, which is spread by deer ticks. Lyme disease was first recognized in 1975. In 1982, the causative agent, a treponema-like spirochete, was isolated from the deer tick and subsequently named *Borrelia burgdorferi*. The deer tick is commonly found in the Northeast and Midwest of the United States. The infective Lyme disease spirochete is transmitted to the horse through the tick's saliva.

The clinical signs of Lyme disease are variable and not well established, making a definitive diagnosis difficult. Although not all infected horses develop clinical signs, the clinical signs of infection typically occur at the chronic disease stage but may occur as early as 2–5 months post infection. Lameness, arthritis, "poor performance", neurologic disease, ocular abnormalities and dermatitis may occur with infection and may be episodic or become chronic. Arthritis and lameness are the most frequently reported clinical signs and may involve one or several joints, with the joints of the forelimb being most frequently affected. Low grade fever, muscle tenderness, muscle wasting,

weight loss, "shifting lameness", uncoordinated gait, swollen joints and lethargy have all been reported following infection. Neurologic signs associated with *Borrelia burgdorferi* infection may include a head tilt, tail paralysis, difficulty in swallowing, uveitis, hyperesthesia and abnormal sweating.

Diagnosis of Lyme disease centers on the detection of *Borrelia burgdorferi* antibodies in the blood through either the Lyme Multiplex assay or the Western blot test.   Whereas the Lyme Multiplex assay uses three antigen surface proteins, outer surface protein A (OspA), outer surface protein C (OspC) and outer surface protein F (OspF), the Western blot test is the most comprehensive test for antibodies to *Borrelia burgdorferi*, as it detects the presence of antibodies produced to all of the major protein components of the organism, rather than the three proteins targeted by the Lyme Multiplex assay.   The results of the Lyme Multiplex assay leave room for interpretation.   If the outer surface protein F is positive, it does not mean that it is causing disease; simply that the horse has been exposed.   As this is an antibody test, not a test for the causative organism, the presence of antibodies means only that the horse has been exposed to the organism not that the horse presently is infected with the organism.

Antibiotic treatment for Lyme disease consists primarily of the oral administration of doxycycline or minocycline or the intravenous administration of oxytetracycline. An approved vaccine for protection against *Borrelia burgdorferi* is not available in horses.

**EPM & Its Effects**

Equine protozoal myeloencephalitis ("EPM") is a disease caused by the apicomplexan parasite *Sarcocystis neurona* that affects a horse's central nervous system.   In 1974, protozoa gained attention as a cause of neurologic based lameness in horses.   At that time a toxoplasma gondii-like organism was recognized in the central nervous system of diseased horses. In 1991, protozoa were isolated from the spinal cord of a horse and named *Sarcocystis neurona*.

*Sarcocystis neurona* has been identified as the etiologic agent of the neurologic disease EPM and recognized as a cause of lameness, neurologic disease and "poor performance."

EPM is primarily a disease of the Americas.  EPM is spread by the opossum, who obtains the organism while ingesting the infected muscles from an intermediate host, such as a cat, skunk or raccoon.  The infective stage of the organism, a sporocyst, is passed in the opossum's feces.  Horses come in contact with the infective sporocysts while grazing on pasture or consuming contaminated feed or water.

Clinical signs among horses with EPM include a wide array of symptoms that may result from primary or secondary problems.  There are a variety of clinical signs associated with EPM which may include ataxia, paresis, lameness and muscle wasting which are all associated with an inflammatory response to infection.  The most common sign of EPM is ataxia, or a general weakness.  Early signs of infection may be slow or appear suddenly and may be characterized by behavior changes, "dullness," changes in demeanor, lethargy, mild and transient facial paralysis, drooling, changes in mentation, weakness and an abnormal body position characterized by a preference for a "parked out" or "splay footed" stance.  Apparent lameness, particularly atypical lameness or slight gait asymmetry of the rear limbs, may be caused by EPM. Focal muscle atrophy, or even generalized muscle atrophy or loss of condition, may also result. Secondary signs also occur with neurologic disease. Airway abnormalities, such as laryngeal hemiplegia, snoring or airway noise of undetermined origin may result from damage to the nerves which control the throat, although this is quite uncommon. Early signs included loss of appetite, decreased tongue tone, facial paresis, altered mental status, generalized weakness and lameness. The most reliable indicators of EPM in the horse is gait analysis, the detection of cerebrospinal fluid antibodies and the presence of the clinical signs of early infection.

EPM is treatable, but irreversible damage to the nervous system is possible. It is important to identify the disease as early as possible and begin treatment with antiprotozoal drugs. There are currently three FDA approved treatments available in the United States: ReBalance (sulfadiazine and pyrimethamine), Marquis (ponazuril) and Protazil (diclazuril). Anti-inflammatory medication such as flunixin and phenylbutazone are often used to help reduce inflammation and limit further damage to the central nervous system. Antioxidants such as vitamin E may help promote the restoration of nervous tissue. Response to treatment is often variable, and treatment may be expensive. Horses that recover from infection may still experience temporary or permanent deficits and relapses following treatment are not uncommon. There is no vaccine.

**Tarsitis and Its Effects**

Although the term tarsitis is generally used to describe lameness attributed to periarticular soft tissue structures of the hock, it is often used to refer to distal tarsal osteoarthritis. Horses with tarsitis have pain and lameness originating from the tarsus as determined by physical examination and diagnostic local anesthesia but have no radiographic abnormalities consistent with distal tarsal osteoarthritis. Distal tarsal osteoarthritis is a common condition that affects performance horses. The severity of signs is variable but frequently related to a reduction in athletic performance. Horses affected by distal tarsal osteoarthritis often have a history of a chronic, intermittent, low-grade hindlimb lameness that becomes more evident with increasing duration and intensity of work and which often recurs following a period of rest with a recommencement of training. Distal tarsal osteoarthritis is usually bilateral or alternates between the hindlimbs. A horse affected by distal tarsal osteoarthritis may be reluctant to take a particular lead, may develop behavioral problems such as bucking or refusing to jump or may demonstrate an unwillingness to stop abruptly or turn quickly in a particular direction.

A tentative diagnosis of distal tarsal osteoarthritis can be made with a corresponding history and supportive clinical signs. Confirmation of the diagnosis can be made with an appropriate response to intra-articular anesthesia and radiographic findings. Horses with distal hock pain can often be managed conservatively and maintain their athletic careers with periodic injections of corticosteroids or regenerative therapies. If the clinical response to injections is less than optimal, further therapy such as shockwave, the administration of a bisphosphonate, the topical and systemic administration of non-steroidal anti-inflammatory medication or surgical intervention such as cunean tenectomy, subchondral forage, neurectomy and arthrodesis may be necessary. The need for more aggressive and more frequent therapy decreases the prognosis for athletic function, although the majority of horses have a positive outcome to intra-articular treatment.

**Chronic Lower Cervical Inflammation and Its Effects**

Chronic lower cervical inflammation is a cause of neck pain in horses. Lower cervical inflammation can have a variety of etiologies ranging from a single traumatic incident, repetitive or specific rigorous training regimes to chronic degenerative osteoarthritis. Clinical signs of neck pain can range from a mild stiffness, decreased range of motion, neck asymmetry, inconsistent or lack of muscle development, patchy or abnormal sites of sweating or abnormal neck posture to muscle atrophy, ataxia and forelimb lameness. Reduced or inconsistent performance is often associated with chronic lower cervical inflammation due to the reduced range of motion caused by the pain associated with this condition.

The diagnosis of lower cervical inflammation involves a detailed clinical examination followed by one or a combination of diagnostic modalities such as radiographs, ultrasound, scintigraphy, computed tomography and MRI. Management of osteoarthritis or cervical facet arthropathy principally involves the intra-articular use of corticosteroids, shockwave therapy,

7

chiropractic manipulation, acupuncture, laser therapy and the use of systemic non-steroidal anti-inflammatory medication.

**Synovitis of the Coffin Joint and Its Effects**

Synovitis of the coffin or distal interphalangeal joint is a component of degenerative joint disease or osteoarthritis and is the inflammation of the synovial membrane around the joint. Synovitis of the coffin joint is a common problem encountered in equine athletes and can be a cause of lameness and poor performance. Synovitis is usually caused by trauma to the joint and can lead to long term damage to the joint without proper diagnosis, treatment and management. Treatment for synovitis usually consists of rest, systemic anti-inflammatory medication and the intra-articular administration of corticosteroids or regenerative medication. With early recognition and appropriate treatment, synovitis of the coffin joint can be successfully managed.

## OPINION RE: VICTORIO

### DIFFERENTIAL DIAGNOSIS

In determining my conclusions regarding Victorio's medical status, I performed a differential diagnosis. A differential diagnosis is a process of elimination to rule out potential causes of a horse's condition to determine the most likely cause. The process meets the standard of care for determining the cause of a horse's symptoms. I perform a differential diagnosis on a daily basis on horses being examined for a variety of conditions, and I used that same process and methodology in reaching my opinions in this case.

### PATIENT HISTORY

Victorio 5 was purchased in Germany in May of 2006 from Sportspferde Lemmer by Rice Show Stables ("Rice") and Albert Lischer. Lemmer issued two invoices for the sale on May 20, 2016: one to Mr. Lischer for €150,000.00 [Prudent (sometimes herein "P") 192] and to Rice for €250,000.00 [P 190] (both together equivalent to $458,690.00).

8

According to a report dated May 6, 2016, a pre-purchase examination of the Horse was conducted in Germany on May 6, 2016 by Dr. Phillippe Heiles of Clinique Equine Des Breviaires[1] which showed lameness of 1/5[2] on the left front, a history of bronchopneumonia, navicular degenerative joint disease and a fragment left hind fetlock [Prudent 200-206, AEIG 8-9].

The records of Dr. Christine Russillo, DVM ("Dr. Russillo"), the Horse's primary veterinarian during the pertinent time period, indicate she reviewed radiographs in association with Victorio 5 on May 4, 2016 and that the radiographs were uploaded to her system on May 2, 2016.  It is not entirely clear whether the radiographs reviewed by Dr. Russillo were in connection with the examination by Dr. Heiles on May 6, 2016 or if they were from a different veterinarian. [VIRGINIA EQUINE (hereinafter "VIR") 165].

On June 1, 2016, Victorio arrived at Spy Coast Farm in Kentucky for import quarantine into the United States.   On June 4, 2016, an insurance policy was issued by Diamond State Insurance/American Equine Group which excluded coverage for "DJD [degenerative joint disease]/arthritis, bone chip fetlock (left hind) and bronchopneumonia" [P 114].   In June, Spy Coast's records indicate the following care was rendered to Victorio: 1. June 20 - teeth floated and farrier pulled left hind shoe; 2. June 22 – 15-day course of Gastrogard by Dr. Burleson; 3. June 25 - Dr. Burleson notes the animal is 3/5 lame left hind; 4. June 26 - phenylbutazone ("bute") was administered; and 5. June – Banamine exam/poultice by Dr. Scott Morrison [SPY 14].

---

[1]The letterhead indicates that Dr. Philippe Benoit is a veterinarian associated with the same clinic.
[2]The AAEP guidelines explain the grading system this way:
**0:** Lameness not perceptible under any circumstances.
**1:** Lameness is difficult to observe and is not consistently apparent, regardless of circumstances (e.g. under saddle, circling, inclines, hard surface, etc.).
**2:** Lameness is difficult to observe at a walk or when trotting in a straight line but consistently apparent under certain circumstances (e.g. weight-carrying, circling, inclines, hard surface, etc.).
**3:** Lameness is consistently observable at a trot under all circumstances.
**4:** Lameness is obvious at a walk.
**5:** Lameness produces minimal weight bearing in motion and/or at rest or a complete inability to move.

In July, Spy Coast's records show Victorio received the following treatments: 1. July 1 - pexam/bute/wrap Animalintex left hind; 2. July 2 - exam/bute/detomidine/x-ray/poultice left hind; 3. July 3 - exam/wrap Animalintex; and 4. July 5 - exam/wrap left hind Animalintex/Succeed.  During the week of July 20, 2016, Victorio competed in Class 767 at Tryon (1.30 jumper[3]) with Adam Prudent ("Adam") and had two faults in the first round.  That same week, Victorio was in Class 771 at Tryon (1.35 jumper) with Adam, had four faults in the first round and placed 6th of 15.

On July 26, 2016, Dr. Russillo sampled the Horse's blood and submitted the Horse's blood for testing of Lyme and EPM and conducted a lameness evaluation [P 196, VIR 163, 96].  Dr. Russillo's medical notes read "Has been having a rough go of it lately with the heat in Tryon. Stopped sweating briefly.  Has been low energy but recently better." [VIR 163].

The Horse had no antibodies for EPM on July 26, 2016 as evidenced in the testing results from Equine Diagnostics Solutions, LLC [VIR 168].  On July 28, 2016, Cornell University finalized test results for Victorio under their Lyme Multiplex panel, reflecting the Horse was 5370 positive for the OspA antibody [Cornell 004, 40].  On July 28, 2016, Dr. Russillo blistered the Horse's stifles [P 196, VIR 162].  On July 29, 2016, Dr. Russillo prescribed doxycycline, a treatment for Lyme disease, to the Horse. [P 196].  Dr. Russillo prescribed another round of doxycycline on August 5, 2016 [P 196].

The Horse competed several times during the month of August 2016 at Traverse City at the Great Lakes Equestrian Festival ("Traverse City").  On September 2, 2016, Dr. Russillo performed a lameness re-check, x-rays and ultrasound.  Her medical notes reference that the Horse was doing "better and better" and that the Horse had "responded favorably" to the administration of "TB1000." Her discharge instructions state "continue the TB 1000 as directed." [P 196, VIR 160, 92].  There

---

[3]The digit "1.30" in this and other references to horse show classes refers to the height of the jumps in meters.

was no record located that indicated which veterinarian prescribed TB 1000 to Victorio 5 or where the medication was obtained.

Dr. William McCormick conducted an exam and provided a health certification on September 12, 2016. The Horse competed during the month of September 2016, as reflected in the Horse's United States Equestrian Federation ("USEF") horse report. On September 30, 2016, Kate Monahan, Inc. ("KMI") sent invoice 1070 to Rice which included charges for 10 units of Banamine, a non-steroidal anti-inflammatory medication, four of Naquasone, a diuretic glucocorticoid, one of Sedivet, a tranquilizer, and one of bute paste, which is phenylbutazone, a nonsteroidal anti-inflammatory medication [Prudent 102].

During the week of October 5, 2016, the Horse competed at the Split Rock Jumping Tour: The Bourbon International. On Saturday, October 8, 2016, Melissa Welker, DVM examined the Horse [Steele 002 - 003]. Her report reads "not jumping well, inverted, hitting the ground hard, in the past complained of having low energy but appears to have normal energy now." On or about Sunday, October 9, 2016, Dr. Welker administered Osphos, a bisphosphonate, and shockwave treatment from the withers to the sacroiliac.

The Tryon Fall 4 horse show begin October 12, 2016, and Victorio competed in an Open Jumper class and some FEI classes that week. He competed the following week at Tryon Fall 5 the week of October 19, 2016. Dr. Steve Engle, a veterinary chiropractor, also examined and treated the Horse during this period. The barn log lists Victorio 5 as "out" on October 25, October 31, November 3, November 5, November 9 and November 11, 2016 [Prudent 232 – 234].

On November 11, 2016, Cornell University finalized test results for Victorio under their Lyme Multiplex panel reflecting the Horse was 5420 positive for the OspA antibody [P 0196, VIR 110, 91, Cornell 006, 39]. On November 24, 2016, KMI sent invoice 1107 to Rice which included $1330 for Dr. Welker office "to treat sore back" [Prudent 098, Steele 008].

Victorio was listed as "out" on the barn log on December 3, 2016. [Prudent 0237]  On December 5, 2016, Dr. Jill Costello or Dr. Russillo administered Tildren, a bisphosphonate, to Victorio despite having received Osphos only two months earlier.  [VIR 159].

On January 2, 2017, Dr. Russillo conducted a soundness examination of the Horse.  At this visit, she noted that there was mild to moderate pain on palpation of the epaxial musculature in the thoracic region and mild to moderate pain on palpation of the sacroiliac region [VIR 157].  The Horse gave a mild to moderate response to hoof testers and evidenced a grade 1/5 lameness in the left front leg when the Horse was tracking to the right on a soft surface.  At this visit, Dr. Russillo assessed the Horse with bilateral distal tarsitis and back pain.  She then injected the Horse's left and right tarsometatarsal and distal intertarsal joints with 6 mg of betamethasone, a corticosteroid, and Hyvisc (hyaluronate sodium) for the tarsitis and administered mesotherapy, a microinjection technique into the dermis with a combination of medication to relieve pain, in the thoracolumbar region [P 196, VIR 157].

In January of 2017, Victorio 5 competed in classes at the Winter Equestrian Festival ("WEF").  Notably, on January 26, 2017, Victorio 5 competed in Class 100 (1.50 Challenge). During this class, the Horse crashed through a jump obstacle, and his body (and that of the rider) hit the ground at a high rate of speed.  The Horse's USEF results state that he placed 77th of 79 in Class 100 (there is no indication of the crash). This was a significant kinetic event, not common during competitions.

There is an invoice that shows someone from Virginia Equine Imaging took blood from the Horse for a blood panel and conducted a "Basic Equine Screen" on January 30, 2017 [P 196, VIR 87].  However, there are no medical notes of this interaction with the Horse on January 30, 2017. The results of this blood test and CBC panel were completed on February 3, 2017 [VIR 111, 112].

The results, which do not indicate any abnormalities, do not identify the lab other than being located in "Lake Worth, FL" but indicate "Doctor: VA. Equine Russillo" [VIR 111, 112].

The Horse's USEF report shows that the Horse competed at WEF in February 2017. On February 4, 2017, Adam Prudent showed Vasco, not Victorio 5, at the Palm Beach Masters. WEF week 6 began on February 13, 2017. Dr. Russillo performed a lameness re-check on February 14, 2017 [P 196, VIR 156]. Victorio was listed as "out" on the barn log on 02/14 and 02/15 [Prudent 248].

The Horse's USEF report shows that the Horse competed at WEF 7 during the week of February 20, 2017, but did not compete in WEF 8 during the week of February 27, 2017 or in WEF 9 during the week of March 6, 2017. Adam Prudent's USEF report states although Mr. Prudent did not show Victorio during WEF 8, he did show another horse that week. During WEF 9, Mr. Prudent showed two horses other than Victorio 5.

The barn log states "check" on March 3, 4, 5, 6, 7, 8 and 9, 2017 [Prudent 250-251]. Dr. Russillo examined the Horse on March 8, 2017. Her medical notes say "has been lame 8 days. Started 2 days after getting reshod." At this visit, Dr. Russillo took radiographs of the right front foot and indicated that the Horse exhibited a 2/5 lameness in the right front when the Horse was tracking to the left and a 1/5 lameness when the Horse was tracking to the right [P 196, VIR 155, 85].

An email from Paula Randall to Colleen Morrissey dated March 8, 2017 reads "Dear Colleen, Here is the vet scratch for Victorio 5 from Live Oak." [Prudent 416]. A handwritten letter dated March 8, 2017 on Virginia Equine Imaging stationery reads "To Whom it May Concern, Please excuse the Horse Victorio 5, owned by Rice Show Stables and shown by Adam Prudent from the Live Oak competition for medical reasons." The letter is signed by Dr. Russillo. [Prudent 417]

The week of March 16, 2017, Adam Prudent showed Victorio 5 at WEF in Class 1002 (1.45 m FEI) and placed 64th of 69 and in Class 100 (1.50 FEI Challenge) with 9 faults in the first round and placed 60th of 78. The barn log shows the Horse as "spa/walk" on Sunday March 19, 2018 [Prudent 252], hand walked from March 21, 2017 to March 26, 2017 [Prudent 253] and tack walked March 28, 30, 31, April 1 and 2, 2017 [Prudent 254].

No barn log for the month of April 2017 was provided for review. On April 19, 2017, Dr. Russillo checked the Horse. Her medical notes, referencing a "right foreleg lameness, read, "Would like to go back to work," and "Victorio may resume regular work under saddle at this time," indicating the Horse had been out of work for a period of weeks [VIR 154].

On April 30, 2017, KMI Invoice No. 1167 to Kim Rice listed specific medications from Equine Tack including misoprostol (an anti-ulcer medication), sucralfate (also an anti-ulcer medication), tryptophan (a medication used as a calming agent), and Panacur Power Pack (an anthelmintic). The charges appear to be from February 2017 [Prudent 91]. This invoice also reads "Please note: Our Equine Tack special medications for each horse has exceeded way over the $400.00 Supply & Medication monthly fee and therefore we went over each bill and identified which horses were getting the special medications and have included it on your bill." [Prudent 91]. Plain Bay Prudent's barn keeps bute, Banamine, sucralfate, omeprazole, an anti-ulcer medication, dexamethasone, a steroidal anti-inflammatory medication, Sedivet, and Gastrogard, an anti-ulcer medication, on hand at all times and is part of the $400 flat fee monthly "Supplies and Medications" charge to clients [Prudent 577-78].

Records from Equine Diagnostic Solutions show that on May 4, 2017, Victorio tested positive for EPM antibodies [VIR 113]. According to the test results, Victorio was 1:1000 positive on that laboratory's titer.

14

Dr. McCormick completed an exam and health certification on May 5, 2017 [MID 003]. On May 11, 2017, Victorio tested positive for OspA antibodies on Cornell University's Lyme Multiplex Panel, with 5724 OspA positive antibodies [VIR 114, Cornell 008, 38]. On May 11, 2017, Tiffany Matthews, CVT (a veterinary technician with Steele and Associates), dispensed 2.4 pounds of Protazil pellets (a treatment for EPM) for Victorio [Steele 004].

The Horse competed during the month of May 2017 as reflected in his USEF report. Notably, Victorio 5 had 25 faults in Class 438 (1.45 m), 18 faults in Class 456 (1.45 Classic) faults and 21 faults in Class 458 (Bluegrass GP).

Dr. Russillo conducted a soundness examination on the Horse on May 30, 2017 [VIR 152]. Her notes indicate the Horse was "Seen by Dr. [Phillipe] Benoit in KY. Note attached to patient record," but no records or notes from Dr. Benoit were provided. At Dr. Russillo's examination on May 30, 2017, the Horse exhibited moderate pain on palpation of the neck and "pain at poll." The Horse exhibited a 1/5 lameness in the left front when the Horse was trotted in a straight line [VIR 152]. Dr. Russillo assessed the Horse with inflammation in the poll and cervical area. She injected the Horse's neck and conducted shockwave therapy of the Horse's poll and neck [Prudent 196, VIR 152]. On May 31, 2017, KMI charged Rice $53 for Leather Blinkers [Prudent 088] and 14 additional charges for medications, including misoprostol, sucralfate, Lactanase, a supplement to promote muscle function and recovery, and tryptophan [Prudent 089].

On June 2, 2017, Dr. Russillo signed a veterinary certificate in support of an insurance renewal [AEIG 46]. Dr. Russillo answered "yes/no" questions and provided other information. On this form, she incorrectly claimed the Horse had had no joint injections in the prior 12 months and that she was aware of no condition that could require medical attention in the next 12 months. On June 5, 2017, Dr. Russillo conducted a 'recheck lameness evaluation' and found that Victorio's neck remained painful and overreactive on palpation and that the Horse evidenced a lameness of less than

15

1/5 in the left front [VIR 151]. There is an invoice from the Virginia Equine Imaging clinic for a physical examination on June 7, 2017, but no corresponding medical notes for that examination [VIR 83].

In June of 2017, Victorio was in Class 850 (1.45 Speed CSI[4] 4*) with 4 faults in the first round and placed 29th of 43. Also in June of 2017, Victorio was in Class 851 (1.60 Welcome CSI 4*) with 12 faults in the jump off and placed 17th of 42. Victorio was also in Class 852 (1.60 Classic) with 9 faults in the first round and placed 32nd of 39. At the Loudon Benefit Horse Show in June 2017, the Horse was shown by Katie Prudent in Class 518 (1.20) and placed 11th of 11 and in Class 520 (1.30) and did not place out of 17 horses. Adam Prudent showed two other horses at the Loudon Benefit horse show. June 27, 2017, KMI issued Invoice 1202 to Rice Show Stables relating to Victorio which included a charge of $32.48 from Equine Tack for Lactanase [Prudent 0087]. At the Tryon horse show on June 28, 2017, Dr. Sarah Allendorf treated Victorio for conjunctivitis in the left eye and administered Ketofen, a non-steroidal anti-inflammatory medication, and dexamethasone, a steroidal anti-inflammatory medication, to the Horse on June 28, 2017. Dr. Jorge Gomez and Dr. Natalia Novoa flushed the Horse's eye and administered Ketofen and dexamethasone on June 29, 2017 [PB Equine 0047]. Adam Prudent showed the Horse during the month of July 2017.

Dr. Russillo performed a lameness re-check on July 11, 2017 [VIR 150, P 196]. She noted the Horse had some difficulty picking up and maintaining the left lead canter on the lunge line. She assessed the Horse with mild bilateral distal tarsitis. Her discharge instructions read that the Horse would be rechecked "following Michigan and likely pursue hock therapy at that time." Her instructions also state "We discussed FES as a consideration to maintain suppleness and evenness

---

[4]Concours de Saut International ("CSI") is a ranking system used by the FEI to rank show jumping competitions ranging from one star to five stars based on the amount of prize money offered during the competition.

through his back and pelvis given today's canter lead difficulty." [VIR 150.]   At deposition, Dr. Russillo stated that "FES" in her medical note referenced "Functional Electric Stimulation", a physiotherapy device, "like a human TENS unit" used to perform treatment and physiotherapy.  Dr. McCormick performed an exam and heath certificate on July 17, 2017 [MID 003].

According to USEF records, the Horse competed in Michigan in early August 2017. On August 16, 2017, Dr. Russillo examined the Horse and stated "that Victorio had a couple of rails at Michigan, which is highly unusual."  At this examination, mild to moderate pain was elicited on palpation of the neck and exhibited a 1.5/5 lameness in the left front when tracking to the right on a hard surface.  The Horse exhibited a 1/5 left front lameness when tracking to the right on a soft surface.  Dr. Russillo conducted a palmar digital nerve block of the Horse and noted that there was no change in the left front lameness as a result, but the asymmetry of gait in front was notably worse when the Horse's neck was bent to the right [VIR 148].  Dr. Russillo assessed the Horse with cervical inflammation and mild tarsitis.  She also conducted shockwave therapy on the Horse and noted that there was a "marked response" at C6-7 and C7-T1 [VIR 148].

The barn log notes Victorio as "out" from August 17, 2017 to August 20, 2017 [Prudent 271].  Dr. Russillo treated Victorio's hocks on August 29, 2017 [VIR 147, P 195].  Victorio was hand walked from August 29, 2017 to August 31, 2017 [Prudent 273].  On August 31, 2017, KMI issued Invoice 1234 to Rice Show Stables related to Victorio with multiple charges from Palm Beach Equine [Prudent 85].

On September 5, 2017, Dr. Russillo examined the Horse and noted "Came out lame today when Adam was riding him. Shod 2 days ago." [VIR 145].  Dr. Russillo found that Victorio was 3/5 lame in the right front.  She conducted a nerve block in the right front and localized the lameness to the foot region [VIR 145, 78, P 195].  Records from the Middleburg Equine Clinic read that Dr.

McCormick performed an exam and completed a health certificate on September 6, 2017 [MID 003]. The barn log reads that Victorio was hand walked on September 6th and 7th [Prudent 274].

The barn log indicates that the Horse was shipped to the American Gold Cup Horse Show on Monday, September 11, 2017, that the Horse participated in the jog on Tuesday, September 12, 2017. Mr. Prudent competed Victorio at that horse show, and the USEF records indicate Victorio was clear in the 1.45 Welcome (Class 101), placed 39th of 49 in Class 102 (Gold Cup qualifier 1.60) and had 13 faults in Class 104 (Gold Cup 1.60).

USEF records state that during the week of September 18, 2017, Adam Prudent competed a different horse at the Piedmont Jumper Classic. The barn log states Victorio was "out" on September 19, 2017 [Prudent 276].

Dr. McCormick performed an exam and completed a health certificate on September 25, 2017 [MID 003]. During the last week of September 2017, Adam Prudent competed the Horse at the Split Rock Jumping Tour horse show.

During Split Rock II during the first week of October 2017, Mr. Prudent competed the Horse in Class 56 (1.20 m), had 11 faults in the first round and did not place out of 17. Mr. Prudent and Victorio had 16 faults in Class 71 (1.55 CSI 3* GP) and placed 35th of 39. Dr. Russillo examined the Horse on October 10, 2017. Her medical notes state "Recent performance was really lackluster. Knocking down more rails than usual. Seems more tired than normal. Have been supporting with Biodyl." She also noted that "Gastroscopy may provide insight to a reason for his poor performance as well." [VIR 143]. The Horse exhibited a less than 1/5 lameness in the left front at this examination and lacked engagement in the pelvis at the canter.

Dr. Russillo drew blood from the Horse at this exam and submitted the blood for EPM and Lyme testing [VIR 143, 101, P 195]. Dr. Russillo's invoice indicates that at this October 10, 2017

18

examination, she also took blood from the Horse to conduct a CBC panel, cortisol test, Lyme test and EPM test [VIR 077].

On October 12, 2017, the CBC and Cortisol test results from Antech Diagnostics showed 1.6 low [VIR 116]. The results of these tests were not remarkable. A lameness recheck was done by Dr. Russillo on October 12, 2017. Cornell University reported on October 12, 2017 that the Horse's results under the Lyme Disease – Multiplex test showed him positive at 3495 for OspA antibodies [VIR 99, Cornell 0010, 37]. Equine Diagnostics Solutions LLC's October 12, 2017 showed the Horse 1:250 positive on their Sarcocystis neurona titer [VIR 101]. Dr. McCormick performed an exam and completed a health certificate on October 12, 2017 [MID 003]. The barn log notes "Vetrap" and "Sucralfate" on Sunday, October 15, 2017 [Prudent 279].

Victorio competed at the Tryon Fall 5 horse show during the week of October 16, 2017 and during Tryon Fall 6 the following week. The barn long lists Victorio as "out" from October 30, 2017 to November 1, 2017 [Prudent 284]. On November 13, 2017, Dr. Russillo administered Tildren, a biphosphate [Prudent 195, VIR 0142]. Virginia Equine Imaging invoicing indicates that on November 13, 2017, Dr. Russillo also took blood from the Horse to test him for EPM and Lyme [VIR 0076]. On November 15, 2017, Equine Diagnostics Solutions, LLC showed the Horse 1:250 positive on their Sarcocystis neurona titer [VIR 117]. Cornell University's Lyme Multiplex panel results on November 15, 2017 showed the Horse 3623 positive for OspA antibodies [Cornell 0012, 36]. The barn log indicates that Victorio was "out" from November 18, 2017 to November 20, 2017 [Prudent 282-83].

Dr. Russillo examined the Horse on December 1, 2017 [VIR 141]. Her medical notes state "Katie is concerned about something systemically not right. Has weird sweating pattern lately and is too quiet. Will keep his bent in one direction too under saddle." Dr. Russillo noted the Horse had moderate pain upon palpation at the base of the neck on the right and administered shockwave

treatment of the lower cervical region [VIR 141].  At this examination, the invoicing also reflects that Dr. Russillo tested Victorio for Lyme, EPM and ACTH [Prudent 195, VIR 075].

On December 1, 2017, an ACTH test at Antech was performed [VIR 118].  On December 5, 2017, Equine Diagnostics Solutions, LLC showed the Horse 1:250 positive on their Sarcocystis neurona titer [VIR 97].  Cornell University's Lyme Multiplex panel showed the Horse 3618 positive for the OspA antibody on results finalized on December 6, 2017 [VIR 98, Cornell 0014, 35].

Dr. McCormick performed a dermatologic exam on December 7, 2017 [MID 30].  Dr. McCormick performed an exam and completed a health certificate on December 12, 2017 [MID 003].  The barn log states that Victorio "arrived" on December 17, 2017 [Prudent 286].  My understanding is that indicates that Victorio arrived at the Plain Bay Sales location in Wellington, Florida on that date.  Dr. Russillo examined the Horse on Saturday, December 30, 2017 [P 195, VIR 074, 139].  She did a lameness recheck and injected the Horse's left and right cervical facets C5-6 and C6-7 with triamcinolone, a corticosteroid and Predef, a corticosteroid, due to lower cervical inflammation.  On December 30, 2017, Plain Bay was invoiced for Gastrogard.  On December 30, 2017, KMI issued Invoice 1284 to Rice Show Stables in relation to Victorio including a charge from Equine Tack for $119.80 for Gastrogard.  The barn log states the Horse was hand walked on Sunday, December 31, 2017 [Prudent 288] and was ridden "light" by Abigail McArdle on Tuesday, January 2, 2018, by Henri Prudent on Wednesday, January 3, 2018, by Mrs. Prudent on Thursday, January 4, 2018 and Friday, January 5, 2018 [Prudent 289].

During the week of January 9, 2018, the Horse was shown by Todd Minikus.  The pair was clear in the 1.25 meter jumpers, had 4 faults in Class 101 (1.45 GP) and was clear in Class 1004 (1.40) and placed 1st of 97.  They also jumped clear in Class 100 (Challenge Cup) and placed 2nd of 36.  Dr. Russillo examined the Horse on January 14, 2018 [VIR 138].  Her report notes that this was a lameness recheck, that the Horse's neck was inflamed and "left fore suspensory."  Dr. Russillo also

noted "He is getting tried this afternoon." She also noted Dr. Engle worked on him this week and since having his neck and back worked on he's been not as good LF. Dr. Engle suggested the issue was "fetlock related."

Dr. Russillo observed that the Horse exhibited moderate pain on palpation of the right side of the neck, there was inconsistent response to palpation of the suspensory in the left front, and the Horse was counterbent when tracking to the right on the lunge line [VIR 138]. This record also states "Today's presentation is consistent with previous evaluations when the lower cervical region has been inflamed. The recent combination of a change of rider and chiropractic adjustment may have exacerbated the underlying neck issues." Dr. Russillo performed laser therapy treatment on the Horse that day, on the left and right cervical facets of the neck and the left front suspensory and fetlock [VIR 138].

On January 24, 2018, Victorio was in Class 100 (1.45 Clear) and placed 9th of 84. On January 25, 2018, Victorio was in Class 101 (1.50 Grand Prix ("GP") CSI 3*) with 8 faults in the first round and placed 33rd of 45.

Medical records from the Virginia Equine Imaging clinic show that Dr. Melanie Tuplin administered laser treatment on the Horse's neck and poll on Sunday January 28, 2018 [VIR 137], on Monday, January 29, 2018 [VIR 136] and Tuesday, January 30, 2018 [VIR 135]. At the Palm Beach Masters during the week of January 31, 2018, Todd Minikus competed Victorio in the 1.60 CSI 3* and incurred 16 faults in the first round and placed 48th of 57.

The week of February 5, 2018, Todd Minkus competed the Horse during WEF 5. Mr. Minikus and Victorio placed 29th of 40 from Class 104 (1.40). Also at WEF 5, the USEF records state that the Horse had 8 faults in Class 100 (1.50m FEI 5*) and 8 faults in Class 101 (1.50 FEI 5* GP). USEF records indicate that the Horse did not compete in WEF 6 (week of February 12, 2018) or WEF 7 (week of February 19, 2018). On Sunday, February 11, 2018, Dr. Melanie Tuplin took

radiographs of the Horse.   According to her notes, the radiographs of the Horse's neck showed "multiple areas of proliferation and fragmentation at the external occipital protuberance." [VIR 134]. There is an invoice from Virginia Equine indicating radiographs rays (as recommended of the head, neck and withers) were also taken on February 12, 2018, but there is no corresponding medical note for that date [Prudent 195, VIR 70].

Dr. Russillo examined the Horse on Tuesday, February 13, 2018 pursuant to a "lameness recheck."  [VIR 132-33].  Her medical notes state "The rider reports that the horse has top quality but for an issue with collection in the bridle."  Her examination reflects that the Horse exhibited mild to moderate pain on palpation of the base of the neck on the right side, mild to moderate pain on palpation of the poll on the left side.  She also observed a 1.5/5 left front lameness in the Horse when the Horse is tracking to the right and a 1/5 lameness in the right hind leg when the Horse was tracking to the left.

Dr. Russillo conducted a diagnostic nerve block of the left front which improved the Horse's lameness.  Dr. Russillo also administered ultrasound to the Horse's left and right front fetlocks and noted mild to moderate effusion and synovitis and hypoechoic change at the distal insertion of the medial suspensory branch.   She also took radiographs of the left and right front fetlocks and indicated that there was mild to moderate remodeling.  Dr. Russillo reported significant findings of poll pain, lower cervical inflammation and a left foreleg lameness localized to the foot region.  Her assessment was that the Horse was suffering from left front lameness, poll pain and lower cervical inflammation.  She indicates that, based on these findings, "we have organized a CT[5] examination of the skull and neck for later this week."

---

[5] CT is an abbreviation for computerized tomography, an imaging modality that uses x-rays to create cross-sectional images providing more detailed images than conventional radiographs.

Records from Palm Beach Equine Clinic dated Thursday, February 15, 2018 read "The primary complaint is related to performance (1-2 rails at GP level) because the Horse avoids contact and pulls his head to the right before a jump. Poll has been treated in the past." [VIR 102]. The CT Report from Dr. Sarah Puchalski and Dr. Stacie Aarsvold shows significant findings of chronic nucal enthesopathy with a site of chronic fragmentation and osteoarthritis of the right temporomandibular joint [VIR 102-06].

A text message dated Friday, February 16, 2018 from Dr. Jill Costello in relation to Victorio states "It's a 12 year old show jumper stallion that is really fussy in the contact and holds his head at a weird angle." [Costello 002]. Another text message identified as having generated from Dr. Russillo to Dr. Costello at some point after February 11, 2018 states "Horse is acting resistant in the bridle and cocking it's head. I've injected his low neck late Dec." [Costello 003]

On February 18, 2018, Dr. Russillo examined the Horse and referenced the following [VIR 131]:

1. Temporomandibular joint ("TMJ") inflammation with periarticular remodeling of the right side;
2. Nuchal enthesopathy and chronic fragmentation of the external occipital protuberance;
3. Bilateral distal tarsitis;
4. Bilateral forelimb coffin joint synovitis;
5. Minimal irregularity of the ventral margin of the cranial articular process of C3 at the C2-3 articulation;
6. Mild sclerosis and irregularity of the articular margins of the articular processes of C5-6; including minimal new bone formation at the ventromedial margin of the C6 cranial articular process; and
7. Mild irregularity of the articular margins of the articular processes of C6-7, worse on the left.

On this day, Dr. Russillo injected the Horse's coffin joints, hocks and TMJ [VIR 131, Prudent 0194]. She also shockwaved the Horse's poll [VIR 131]. Dr. Russillo's discharge instructions state "We will organize FES therapy to support the TMJ starting tomorrow and pre-performance laser therapy of the poll and neck prior to showing FEI next week." [VIR 131].

23

The Horse was lasered by Dr. Zehra Gundogan, a veterinarian from Virginia Equine Imaging, on February 21, 22, 23, 24 and 26. However, the medical notes are inconsistent with the invoicing from these events, as some medical notes indicate that the Horse was lasered on its poll but the invoice reflects lasering "large area – neck or back" (described in the record as "pre-performance.") [VIR 130, 67, 129, 66, 128, 65, 127, 64.]   The medical notes indicate that Dr. Gundogan lasered the Horse's poll on February 21, 2018 [VIR 130], however, invoicing from Virginia Equine Imaging indicates the Horse was lasered on a large area on the back or neck [VIR 67].

On March 2, 2018, KMI issued Invoice 1332 to Rice Show Stables for multiple charges for omeprazole powder and $194.93 for Lactanase from Equine Tack [Prudent 76].  On Sunday, March 4, 2018, Todd Minikus and Victorio 5 competed in Class 105 (1.50 GP FEI) with 12 faults in the first round and placed 37th of 45.  Records from Virginia Equine Imaging indicate that the Horse was lasered "large area – neck or back" [VIR 62] and by Dr. Gundogan on the poll (described as "performance laser") with one contact phase [VIR 125, 61].  Dr. Gundogan also lasered the Horse's poll on Monday, March 5, 2018 and Tuesday, March 6, 2018 (both also described as "performance laser") [VIR 123, 60, 122, 59].

Dr. Jorge Gomez of Palm Beach Equine Clinic conducted a pre-purchase veterinary examination of the Horse on March 9, 2018 [Gomez 79 – 87].  On March 12, 2018, Dr. Jorge Gomez issued a report of his pre-purchase examination of the Horse.  Part of this report was a questionnaire, in which Dr. Gomez solicited information from the seller, Plain Bay Sales.  Plain Bay Sales answered many of these questions incorrectly: 1. Plain Bay denied any history of respiratory problems, 2. Plain Bay denied any treatment for EPM, 3. Plain Bay denied any problem with sweating, 4. Plain Bay denied a history of recurring lameness and 5. Plain Bay denied any other pertinent medical history.

On March 15, 2018, Zume Gallaher executed a Bill of Sale related to Victorio 5 and transferred money to Plain Bay Sales [Prudent 66]. After March 15, 2018, the Horse remained in Plain Bay Sales' possession.

The barn log states that the Horse was scheduled for a trial on Wednesday, April 4, 2018 and Sunday, April 8, 2018 [Prudent 302]. Dr. McCormick performed an exam and completed a health certificate on May 1, 2018 [MID 003]. Dr. Russillo performed shockwave of the Horse's poll on May 7, 2018 [P 194, VIR 121].

Dr. Russillo tested Victorio for Lyme and EPM on June 11, 2018 [P 194]. In response to blood sampled on June 11, 2018, Cornell University found that the Horse was 4262 positive for the OspA antibody on their Lyme Multiplex panel [VIR 108, Cornell 0017, 33, 34]. Dr. McCormick administered a Lyme vaccine to the Horse on June 12, 2018 [MID 12, 23]. On June 13, 2018, Equine Diagnostics Solutions, LLC showed the Horse 1:250 positive on their Sarcocystis neurona titer [VIR 107]. Dr. McCormick administered a Lyme vaccine on July 11, 2018 [MID 12].

On July 11, 2018, Dr. McCormick submitted blood for a Coggins test, a test for Equine Infectious Anemia, and submitted blood to Cornell University to test the Horse for Equine Viral Arteritis [MID 24, Cornell 0032]. On July 13, 2018, Dr. Russillo completed a pre-purchase examination of the Horse for the Victorio Equine Group ("VEG") [VIR 48, 54]. On July 20, 2018, Cornell University finalized the test results for Equine Arteritis Virus as submitted by Dr. McCormick and confirmed an EVA antibody titer of 32 [MID 32, Cornell 19]. Dr. McCormick performed an exam and completed a health certificate on July 23, 2018 [MID 25]. Dr. Russillo signed a veterinary certificate in support of insurance for the Horse on July 27, 2018 [VIR 54].

The Horse competed with Abigail McArdle at the Great Lakes Equestrian Festival IV during the week of July 25, 2018, at the Traverse City Horse Show during the week of August 1, 2018, the

Great Lakes Equestrian Festival during the week of August 7, 2018 and the Kentucky Horse show during the week of August 22, 2018.

Dr. Russillo examined Victorio on August 29, 2018.  She observed 1/5 lameness in the left front when the Horse was examined on a smooth and firm surface and a 2/5 lameness in the left front when the Horse was tracking to the right on an arena surface [VIR 046, P 198].  Dr. Russillo injected Victorio's coffin joints, cervical facets C4-5 and C5-6 during this visit [P 198, VIR 22, 46].

On September 18, 2018, Virginia Equine Imaging rented a laser to Katie Prudent/Plain Bay Farm for Victorio for a week [VIR 166].  The Horse competed in the Split Rock Jumping Tour: Columbus International I horse show the week of September 26, 2018 in multiple FEI classes.  He also competed in the Split Rock Jumping Tour: Columbus International II horse show the week of October 3, 2018 in multiple FEI classes.

Dr. McCormick administered a Lyme vaccine on October 12, 2018 [MID 003].  On October 13, 2018, Victorio was in Class 213 (Penn Natl GP) with 8 faults in the jump off and placed 6th of 28.  Dr. McCormick performed an exam and completed a health certificate on October 15, 2018 [MID 29].  Dr. McCormick performed an exam and completed a health certificate on October 23, 2018 [MID 003].  Victorio competed at the Washington International Horse Show during the week of October 23, 2018.

Dr. Russillo administered Tildren to the Horse on November 20, 2018 [VIR 45, 21].  Dr. McCormick performed an exam and completed a health certificate on November 21, 2018 [MID 003].  During the week of November 27, 2018, Abigail McArdle and the Horse competed at the 'Holiday and Horses' Horse Show, including in the FEI U25 National Championships.

On December 15, 2018, Dr. Russillo examined the Horse and observed a lameness of less than 1/5 in the left front when the Horse tracked to the right.  On an arena surface under saddle, the Horse exhibited a 1.5/5 left front lameness tracking to the right and a 1/5 left front lameness tracking

to the left [VIR 43].  Either on December 15 or 16, 2018, Dr. Russillo injected the Horse's coffin joints and hocks [VIR 20, 43, P 198].

Dr. Mel Steinman tested Victorio for EPM and Lyme on December 20, 2018 [P 198, VIR 19].  On December 24, 2018, Cornell University finalized test results for Victorio under their Lyme Multiplex panel reflecting the Horse was 10932 positive for the OspA antibody [Cornell 0020, VIR 51].  A partial record from Antech Diagnostics shows the Horse 1:250 positive on that laboratory's EPM SAG 2, 4/3 panel [VIR 52].

The Horse competed in FEI classes with Ms. McArdle during the month of January at the Wellington Equestrian Festival in WEF 2 and 3.  They also competed at the Palm Beach Masters. The Horse did not compete at WEF 4 or 5.

Dr. Russillo examined the Horse on February 7, 2019 [VIR 41].  She conducted a lameness recheck of the Horse, finding right front splint inflammation and left front foot pain.  She recommended shockwave treatment on the right front splint.  Her medical notes state "Victorio will likely present for a vetting soon.  He has been performing well and will show next week in the U25 national grand prix."

In addition to assessing some pain in the left front foot and an issue in the Horse's right front splint, she stated "we recommend shockwave therapy on the RF medial splint at the end of the week." [VIR 18, 041, P 198].   On February 11, 2019, Dr. Steinmann performed shockwave treatment on Victorio [P 198, VIR 17, 40].

WEF 6 began on February 12, 2019.  That week, Victorio and Ms. McArdle competed in Class 98 the FEI $10,000 Hermes U25 Welcome and Class 99 the FEI $25,000 Hermes U25 Grand Prix.  The pair also competed in FEI classes during WEF 8, 9, 11 and 12.

On April 15, 2019, Dr. Russillo examined the Horse [VIR 39].  Her record indicates "Has a trial tomorrow."  She assessed the Horse with "bilateral gonitis," inflammation of the stifle, and

stated that if Victorio's trial is not successful, then stifle therapy before KY is advised.  On April 16, 2019 Dr. Russillo injected the left and right medial femorotibial joints with 12 mg of betamethasone (a corticosteroid) and Hyvisc (a brand of hyaluronic acid) [VIR 38].  On May 28, 2019, Dr. Russillo conducted a soundness exam of the Horse and injected his coffin joints and hocks [VIR 36].

The Horse competed at the Upperville Horse show during the week of June 3, 2019, including Class 850 (1.50 Welcome State) and Class 852 (1.60 CSI 4*).  An invoice from Virginia Equine also indicates that Dr. Russillo injected the Horse's coffin joints and hocks on June 9, 2019 after performing a lameness recheck [VIR 14].  Dr. A. Kent Allen tested Victorio for Lyme and EPM on June 20, 2019 [P 0198, VIR 013].  EPM results from Equine Diagnostic Solutions were borderline [VIR 167, 120], and the Lyme results from Cornell were 9975 OspA [VIR 53].

Dr. Russillo administered shockwave treatment to the Horse's sacroiliac region on September 5, 2019 [P 198, VIR 12, 35].  She also directed that the Horse receive 5ml of Ventipulmin, a bronchodilator, orally twice daily for the next 5 days.  Dr. Abigail Atkins treated Victorio for a respiratory issue on October 8, 2019 [VIR 11, 33].  She also recommended that the Horse have 25 ml of Dexamethasone once daily for 5 days and 5 ml of Ventipulmin twice daily for 10 days.  She also tested the Horse for EPM and Lyme at this visit, and he was positive for both [VIR 55].  Invoicing from Virginia Equine Imaging also reflect "Aerohippus" on October 14, 2019.

The Horse competed in FEI classes at the Tryon Fall 5 horse show during the week of October 15, 2019 and during Tryon Fall 6 the week of October 22, 2019.  On Saturday, October 26, 2019, Dr. Allendorf examined the Horse at the Tryon horse show [PB Equine 2].  She stated "Double clear in the GP this afternoon and due for shoeing.  2/5 LF and positive to flexion.  Sound behind but RH is positive to UL flexion.... Plan to get reshod tomorrow and inject."  On Sunday, October 27, 2019, Dr. Allendorf injected Victorio's left and right front coffin joints and his left and right hocks [PB Equine 002].

Victorio and Abigail McArdle competed in FEI classes at the National Sunshine Series II horse show which began November 6, 2019 and at the Las Vegas National horse show which began November 11, 2019. On November 22, 2019, Dr. Russillo examined the Horse [VIR 32]. She wrote "Dr. Benoit examined him after the Vegas class and was concerned about the LF suspensory ligament. He recommended injection therapy of the C5/6 and C6/7 cervical articular facets and monitoring of the LF suspensory, including shockwave therapy." Dr. Russillo injected the Horse at C5/6 and C6/7 on the same day. She also administered Tildren [VIR 32].

Dr. Russillo performed a lameness re-check on December 23, 2019 and performed a diagnostic ultrasound on the Horse's left front distal limb [VIR 09, 30; P 197]. The Horse showed evidence of lameness in the left front during this examination. Her discharge instructions state "We will plan to inject his lower hock joints and possibly repeat the coffin joint injections and LF fetlock injection later this week." [VIR 30].

On December 26, 2019, Victorio exhibited a 2/5 LF lameness. Dr. Russillo's medical notes indicate that she injected the Horse's coffin joints, left front fetlock and hocks at this visit. She also administered shockwave treatment to the left front suspensory ligament [VIR 28, 08, P 197]. Her discharge instructions state "The LF shockwave therapy could be repeated 2 weeks. Please monitor response to therapy and let us know if you have any questions. If further blocking of Victorio is necessary we will need to plan additional time since he requires heavy sedation. Alternatively, a neck and forelimb bone scan could be performed." [VIR 29].

The Horse competed in FEI classes at WEF 2, 3 and 4 in the month of January 2020 and WEF 6, 7 and 8 in February 2020. On April 3, 2020, Dr. Stowell processed A2M, alpha 2 macroglobulin, for the Horse [VIR 06, 27]. On May 7, 2020, Victorio was tested for EPM/Lyme [VIR 05, 26]. On May 12. 2020, Antech Diagnostics provided positive test results on a Lyme panel processed through Cornell and 1:500 positive for EPM [VIR 56].

On June 3 or 4, 2020, Victorio showed evidence of a left front lameness in an examination by Dr. Russillo [VIR 24]. She wrote "When asked to collect on the left lead Victorio becomes braced through his neck and twists at the poll." Dr. Russillo diagnosed the Horse with cervical inflammation, coffin joint synovitis and bilateral tarsitis. Dr. Russillo injected the Horse's coffin joints, hocks and cervical facets C 5/6 and C 6/7 on both the left and right sides of the neck [VIR 04, 24]. The Horse competed in FEI classes at the Split Rock Jumping Tour: Lexington International Horse show during the week of June 17, 2020 and at the Great Lakes Equestrian Festival the week of July 1, 2020.

Records provided did not extend past June 2020.

## OPINIONS

I make the opinions below to a reasonable degree of medical probability and/or certainty based on a differential diagnosis and my knowledge and experience as detailed above, as well as based on my review of Victorio's medical records and the relevant materials in this case as detailed in my Reliance List.

### The Horse Was Treated for EPM

On May 4, 2017, Victorio tested positive for EPM antibodies, after having tested negative for the presence of EPM antibodies in July of 2016. According to the test results, which were finalized on May 9, 2017, Victorio was 1:1000 positive on that laboratory's titer. The Horse, as noted above, has displayed clinical signs of EPM, such as irregular sweating (in July of 2016 and December of 2017) and neurologic issues (for example, according to Dr. Russillo's records, Mrs. Prudent's observation of aberrant systemic issues in December of 2017).

On May 11, 2017, 2.4 pounds of Protazil pellets were dispensed for Victorio from the Steele and Associates veterinary clinic. [Steele 004] Protazil is a medication indicated for the treatment of EPM in horses to be mixed with the Horse's daily feed. One 2.4 pound bucket of Protazil represents

approximately one month's treatment for an average sized horse. Obviously, Victorio's treating veterinarians had noted the clinical signs of EPM, along with positive test results, and were concerned enough to treat him for clinical manifestations of EPM.

### The Horse Was Treated for Lyme Disease

The Horse first tested positive for Lyme disease in July of 2016. Multiple veterinary records associated pre-dating March of 2018 indicate the Horse exhibited a "weird sweating pattern" or had "stopped sweating." Problems sweating indicates a horse may be suffering the effects of Lyme disease. As noted above, the Horse also exhibited neurological symptoms well prior to March of 2018.

In response to the Horse's positive Lyme titer dated July 28, 2016 from Cornell University, Dr. Russillo treated the Horse for Lyme disease by prescribing two courses of Doxycycline to the Horse [VIR 100; Cornell 004, 040]. The first course of treatment began July 29, 2016, and the second course of treatment started August 5, 2016 [Prudent 196]. While testimony from certain witnesses indicated that this horse was tested for Lyme as part of this barn's standard protocol for all of its horses, the records indicate that on multiple occasions Victorio was the only horse tested for Lyme disease on any particular veterinary visit.

Beginning in June of 2018, Dr. William McCormick administered Lyme vaccines to the Horse. There is no Lyme vaccine that is approved by the FDA for use in horses, although some practitioners engage in the off-label use of a Lyme vaccine approved for use in other animals. The administration of the vaccine to the Horse on October 12, 2018, a day before a competition, is highly unusual. Typically horses are not vaccinated immediately preceding a competition.

### Pre-Purchase Examinations

The primary purpose of a pre-purchase examination is for the buyer's veterinarian to assess the physical serviceability of a horse for its intended use, to investigate as to whether prior

conditions reported by the seller have resolved, to assess the progress or resolution of known conditions and to see if the horse being considered for purchase is suffering from an unknown condition. The purpose of such an exam is not to detect conditions known to a seller but which have, for whatever reason, not been disclosed to the buyer. These examinations are often only as effective as the information provided by the seller, which is why veterinarians conducting pre-purchase veterinary examinations often ask broad questions like those found in Dr. Gomez's report. A pre-purchase examination may or may not include obtaining radiographs.

Based on a review of the information associated with this Horse, the following questions on Gomez' report were not answered correctly:

- Is there any history of respiratory problems, COPD or bleeding?
- Has the horse ever been treated for EPM?
- Does the horse have any problem sweating?
- Does the horse have a history of recurring lameness?
- Is there any other pertinent medical history?

Plain Bay made significant misrepresentations to Dr. Gomez in relation to the March 12, 2018 pre-purchase exam. First, with regard to the question of whether the Horse had any history of respiratory problems, as denoted above, he had been diagnosed with bronchopneumonia. Second, regarding whether the Horse has ever been treated for EPM, it is clear Victorio was treated for EPM when, after a positive EPM test, he was administered Protazil. Plain Bay denied this. With regard, next, to the question of whether the Horse had any problem sweating, there are, as elaborated above, clear indications of this, which may be an indicator of Lyme Disease and EPM. Again, Plain Bay denied this. Plain Bay also denied any history of recurring lameness. Again, as illustrated above, this was untrue.

Next, Plain Bay denied that the Horse had any other pertinent medical history.  The elevated Lyme titer, the history of the positive EPM titer, the recurrent and varied lamenesses and the ongoing treatments and therapy dictate the answer to this question was actually "Yes."  Last, Plain Bay denied that the Horse had had any medication during the week prior to March 12, 2018.  This is likely false.  Victorio had competed in the Grand Prix the prior Sunday.  Judging from Plain Bay's pattern of administering medication as part of in their post competition "recovery" program, it is more likely than not that Victorio was administered medication following the March 4 Grand Prix.

The answers Plain Bay gave to these questions are illustrative of Plain Bay's habitual lack of disclosures on all aspects of this horse.  Many potential buyers, when informed of a horse's history of positive Lyme and EPM tests, in combination with lasering, shockwave and extensive diagnostic tests and ongoing treatments just prior to a trial, would not have considered the Horse for purchase and not have even undertaken a trial.

While a veterinarian conducting a pre-purchase examination will often take radiographs of a horse, some subtle issues are only detectable using a particular radiographic view.  Further, some conditions are not detectable radiographically and would require a different diagnostic modality.  For example, in my decades of experience, I am not aware of any sport horse pre-purchase examination that used a CT scan as part of examination of a horse.  It would not, further, be expected for a seller to permit a buyer to conduct a CT scan on a horse or for a buyer to request such a scan as part of such an examination.  Even if radiographs are taken of the cervical spine, last, they do not necessarily include the poll area.

### Dr. Russillo's Pre-Purchase Examination on July 13, 2018

After observing and treating this horse for lameness and soundness issues consistently over the course of 2 years, Dr. Russillo's pre-purchase examination on July 13, 2018 read that the Horse showed no indication of lameness nor any other medical issue of note.  As shown above, this is

33

patently untrue.

### Veterinary Issues, Including Conditions that Cause Pain & Discomfort, Likely Impacted Horse's Performance & Behavior

Prior to attempting to sell the Horse to Ms. Gallaher, Plain Bay treated the Horse very aggressively. They continued to do so after Mr. Haunert discovered the issues Plain Bay attempted to conceal.

The Horse's condition required Plain Bay to regularly provide the intra-articular injection of the Horse's joints with corticosteroids in an effort to maintain the Horse's soundness and serviceability. In addition, in a continuing effort to manage the Horse's soundness, regular shockwave therapy and laser treatments were necessary to treat the numerous underlying physical conditions affecting the Horse. This is not the regular maintenance of an athlete, this is extreme treatment that more likely than not masked the Horse's ongoing pain. On the spectrum of treatment of high performance horses, in my experience this horse was treated extremely aggressively. If a purchaser unaware of these treatments did not continue them, the Horse would not only likely become being lame, but he also would likely engage in the behavior reported in the subjective portions of the veterinary reports, such as issues with collection in the bridle, avoiding contact and throwing his head to the right before the jumps more frequently. This would profoundly affect the Horse's rideability and safety. This condition would be especially dangerous if the purchaser were left unaware of it.

### Lasering

Equine Laser therapy reduces pain in injured horses and enhances the animal's natural healing systems to regenerate cells. The photons of light produced with laser therapy are absorbed at the cellular level which is used by the body to begin repairing damaged and injured tissue. Inflammation and pain are reduced, and healing is accelerated. Due to the strains placed on equine

athletes during competition, laser therapy can give owners, trainers and veterinarians a therapeutic advantage. Laser therapy promotes rapid wound healing, increased vascular activity, a decrease in inflammation and rapid growth of cells. Class IV lasers of the type used in the treatment of Victorio must be used by a licensed veterinarian or by a trained veterinary technician. Veterinary records indicate Plain Bay Sales rented a laser from Virginia Equine Imaging "by the week," which would indicate that the laser machine was left in the possession of Plain Bay Sales, treatment administered to the Horse by the seller, rather than administered by a licensed veterinarian as would have been the necessary if a Class IV laser was being used.

Witnesses testifying on behalf of Plain Bay Sales have repeatedly stated that lasers were used to make the Horse "more comfortable." This appears to be a veiled remark that the Horse was lasered to relieve pain, which appears to be the intended result of the use of this therapy on the Horse. While the statement that lasering was done to make the Horse "more comfortable" is not inherently untrue, it fails to acknowledge the reason the Horse feels "more comfortable" is because the Horse was relieved of pain and tension.

Further, this horse was repeatedly lasered on his poll. On some occasions close in time to the transaction in March 2018, the Horse was lasered every day for multiple days. This has a tendency to mask pain that are symptoms of an underlying physical issue. There are no tests available to determine if a horse has received laser therapy, and the use of Class IV lasers is prohibited at FEI events under FEI General Regulations.

### Shockwave Treatment

Extra-corporeal shockwave is a therapy that has been recently adapted from human medicine for use in treating injuries in horses. The machine generates pressure waves that are directed towards the damaged structure using a hand-held device. Shockwave therapy modulates

inflammatory processes, activates biologic repair systems, stimulates tissue regeneration and increases the mechanical nociceptive thresholds in painful conditions. By affecting pain modulation, shockwave therapy can be used as part of a multi-modal approach in the management of painful musculoskeletal conditions. In essence, shockwave treatment is in part a painkiller, which likely is the reason Plain Bay used this treatment on Victorio.

## Applicable Regulations Regarding Shockwave &Laser Treatment

Under the US Equestrian Rules (GR 414 Prohibited Practices):

4. Shockwave Therapy may only be administered by or on the order of a licensed veterinarian . . . . No horse may be treated with Shockwave Therapy within 3 days preceding competition with the following exception:

    (a) Shockwave Therapy may be administered by a licensed veterinarian within the 3 day prohibited period, but no closer than 12 hours prior to competing, and is limited to the back and pelvis. No Shockwave Therapy is permitted within the 12 hours prior to competing. This exception is permitted only when the "Trainer" as identified under GR404 properly files, or causes to be properly filed, an Equine Drugs and Medication Report Form within one hour after the administration of Shockwave Therapy.

The above rules apply for national competition governed by the US Equestrian rules and regulations within the United States. Under the FEI General Regulations, Veterinary Regulations Article 1067:

1. The use of class IV lasers is prohibited at FEI events.

    . . .

3. Cryotherapy and shock wave therapy (i.e. extra-corporal shockwave, ESWT) are prohibited at FEI Events and in the **5** days prior to Events.

The above rules apply for competitions governed by the FEI General Regulations for any competition held designated as an FEI event.

## Administration of Medication Without Direct Instructions from a Veterinarian

It is unclear what veterinarian prescribed many of the medications administered to the Horse by the seller. Further, it is unclear when the Horse was administered the following medications and

in what dosage.

1. Banamine;
2. Naquasone;
3. Sedivet;
4. Bute;
5. Misoprostol;
6. Sucralfate;
7. Tryptophan;
8. Panacur Power Pack;
9. Gastrogard;
10. Omeprazole;
11. Dexamethasone;
12. Lactanase;
13. Biodyl; and
14. TB 1000.

Plain Bay indicated that it keeps bute, Banamine, sacralfate, omeprazole, dexamethasone, Sedivet and Gastrogard on hand at all times, which suggests these substances are being administered outside of the supervision or on the direction of a veterinarian.

**Plain Bay Misrepresented the Horse's Ability to Compete**

The reason the Horse appeared able to perform was because Plain Bay and their veterinarians through rigorous, ongoing treatment and therapy managed the Horse to maintain his ability to compete. Examples of this phenomenon appear below.

- On Sunday, October 9, 2016, Dr. Welker administered Osphos and shockwave treatment to Victorio. The Tryon Fall 4 horse show began on October 12, 2016, and Victorio competed in an Open Jumper class and some FEI classes that week. A bisphosphonate such as Osphos administered that close to an FEI competition is prohibited.

- On May 30, 2017, Dr. Russillo injected the Horse's neck and conducted shockwave therapy of the Horse's poll and neck. The Horse competed in FEI CSI4* classes during the week of June 8, 2017.

- Dr. Russillo performed laser therapy on the Horse on January 14, 2018.  The Horse was stabled at the competition and competed in a FEI class that day.  If the laser were a Class IV and the Horse was treated before the Grand Prix, that would be in violation of FEI rules.

- The Horse was lasered on his neck and poll on Sunday January 28, 2018, on Monday, January 29, 2018 and Tuesday, January 30, 2018.  The Horse competed at the Palm Beach Masters that week in the 1.60 CSI 3*, an FEI competition.

- On February 18, 2018, Dr. Russillo injected the Horse's coffin joints, hocks and TMJ. She also shockwaved the Horse's poll.  The Horse was lasered on February 21, 22, 23, 24, and 26.  Todd Minikus showed the Horse in FEI classes during the week of February 27, 2018.

- On February 11, 2019, Dr. Steinmann performed shockwave treatment on Victorio. Victorio was in FEI classes the week of February 12, 2019.

- Dr. Abigail Atkins treated Victorio for a respiratory issue on October 8, 2019. She also recommended that the Horse have 25 ml of dexamethasone once daily for 5 days and 5 ml of Ventipulmin twice daily for 10 days. Invoicing from Virginia Equine Imaging also reflect "Aerohippus" on October 14, 2019.  The Horse competed in FEI classes at the Tryon Fall 5 horse show during the week of October 15, 2019. Ventipulmin is not a permitted medication in FEI competition.

- The Horse received Tildren on November 20, 2018.  The Horse was shown during the week of November 27, 2018 and competed in the FEI U25 National Championships. A bisphosphonate such as Tildren administered that close to an FEI competition is prohibited.

- On December 26, 2019, Dr. Russillo injected the Horse's coffin joints, left front fetlock and hocks. She also administered shockwave treatment to the left front suspensory ligament. The Horse competed in FEI classes during the week of January 14, 2020.

### Crash on January 26, 2017

While witness testimony from the Prudents indicate that there was no medical concern related to the crash of the Horse on January 26, 2017, a review of the video of that incident shows that it was a significant kinetic event. The apparent velocity of horse and rider combined with the sudden stop as the pair hit the fence, and then the ground, carried a significant likelihood of injury to both horse and rider.

### The Horse Was Likely 'Laid Up' or Off Work for Weeks in March and April 2017

Statements in the barn log, Dr. Russillo's examination of the Horse on March 8, 2017, and the 'vet scratch' submitted to the Live Oak horse show in March 2017, in combination with the fact that the Horse did not compete in March or April 2017 except for a couple of classes during the week of March 16, 2017 indicate the probability that the Horse was lame during this period. In addition, Dr. Russillo's statements in her April 19, 2017 medical note that the seller would like the Horse "to go back to work" and that "Victorio may resume regular work under saddle at this time" indicate the Horse was lame at the beginning of March 2017 and likely off work for some number of weeks during March and April 2017.

### Systemic Illness

Whether the result of EPM, Lyme or any other condition, the Horse for much of its career following its arrival to the United States in 2016 was plagued by a myriad of veterinary issues. The Horse appears to have regularly had one or two rails in each class. However, there are multiple rounds where the Horse has a significant number of faults, including between 16 and 25 faults in a

39

round.  When a horse is struggling to jump clean, it indicates either a lack of ability or the presence of a systemic issue.  As recited above, Mrs. Prudent in December of 2017 commented that she thought the Horse had a systemic issue.

### Use of CT Scans

Testimony by witnesses aligned with Plain Bay indicates that the February 15, 2018 CT scan of Victorio 5 (which, as noted above, revealed significant issues) was part of some sort of routine maintenance regime.  This is not so. CT scans must be performed at a veterinary clinic and are expensive.  As in humans, CT scans of horses are used as a diagnostic imaging tool, hopefully, to determine the cause of a horse's lameness as an aid in defining some other physical abnormality.

In my decades of veterinary practice, I have never sent a horse to have a CT scan for the sole ~~reason~~ purpose of either improving or attempting to maximize the performance of a sound horse. Indeed, this is nonsensical, as a CT scan is a **diagnostic tool**.  Further, I have never had a client ask to send a horse for a CT scan solely for that reason nor have I ever heard of a veterinarian sending a horse for a CT scan for solely that reason.  Obviously, the treatment of an underlying veterinary condition, thereby relieving a horse's pain, will have a positive impact on the horse's performance, but that is an indirect consequence of the use of CT scans as a diagnostic tool.

### Significant, Ongoing Lameness in the Horse's Left Front

The reasons for the veterinary visits as listed on the record are illuminating and very clear. The Horse has clearly demonstrated multiple instances of lameness since September 5, 2017, which have been serially managed through multiple treatments, chiropractic adjustments, laser therapy, shockwave and injection.  There is a distinction in the records between a "soundness exam" which would be an overall evaluation to determine if a horse is sound versus a "recheck lameness" which would be an examination on a horse previous diagnosed as being lame.

The February 18, 2018 listing of the multiple conditions affecting Victorio is the most telling,

not the least of which is the fracture of the external occipital protuberance at the poll. A consistent theme throughout the record is the "lower cervical region inflammation." Also of interest are the descriptions in the history of "lackluster performance," "more tired than normal" from October 2017, and "systemic not right," "weird sweating pattern," "too quiet," "keep his (head) bent in one direction under saddle" from December of 2017.

**REVIEW OF PLAINTIFFS' EXPERT VET REPORT**

I have reviewed the two-page "To Whom It May Concern" letter by Dr. Timothy Ober that Plain Bay appears to have submitted as an expert report in this matter. It is difficult to discern how Dr. Ober comes to any conclusion, as he includes no analysis of pertinent medical records and recites no methodology. Regardless, Dr. Ober appears to give, without any supporting analysis, the following two opinions:

1. From July 2016 through July 2018, the care rendered to Victorio was unremarkable and indicated no derivation from the normal management of a jumper competing at the upper levels.

2. The records show no issues that could possibly impact Victorio's future performance.

I disagree with both of these opinions for the following reasons. First, as detailed above, the care rendered Victorio was in my experience no way normal.

Second, had Plain Bay been forthcoming at the time of the March 2018 attempted sale, a reasonable veterinarian would have had several concerns about the underlying conditions affecting the Horse and the ability to successfully manage them.

I reserve the right to modify this report as additional information is provided to me, including but not limited to additional medical records, depositions of fact witnesses, depositions of Plaintiffs' experts, and any information derived from any medical examinations.

**EXHIBITS**

I may use any of the following exhibits as a summary or in support of all of my opinions: (1) any of the materials, or excerpts there from, identified in this report and attachments, including the materials considered list; (2) excerpts from scientific articles or learned treatises; (3) demonstrative models; (4) exhibits used by Plaintiffs' experts, or other witnesses; (5) Victorio's medical records; (6) videos of the Horse; and (6) any exhibit used in or identified at any deposition taken in this litigation.

**Expert Testimony List**

During the previous four years, I have not testified as an expert at trial or deposition. During the previous ten years, I have not authored any publications.

**Fee Schedule**

| | |
|---|---|
| Review of Records: | $350 per hour |
| Consultation: | $350 per hour |
| Deposition or Testimony: | $350 per hour |
| Court Appearances: | $350 per hours (hourly totals include any standby and travel time) |
| Medical Examinations: | $350 per hour. |
| Cancellation Fee: | $700 if cancellation on or before seven days from the appointment date. If cancellation is less than seven days from the appointment date, the fee for a full 8-hour day ($2800) will be due and owing. |

**Signature**

Dated: _March 16, 2021_
March 16, 2021

Geoffrey Thomas Vernon, DVM

**Geoff Vernon, DVM Reliance List**

| DESCRIPTION | DATE | BATES (IF APPLICABLE) |
|---|---|---|
| **PLEADINGS** | | |
| Amended Counterclaim/Third Party Claim of Zume Gallaher & Paul Haunert | 06/03/19 | n/a |
| Third Amended Complaint and Demand for Jury Trial | 03/20/20 | n/a |
| **DISCOVERY** | | |
| Responses and Objections to Gallaher's First Set of Interrogatories | 01/31/20 | n/a |
| Amended Responses to Gallaher's First Set of Interrogatories | 05/11/20 | n/a |
| Plaintiff Plain Bay Sales, LLC's Responses to Defendant Gallaher's First Request for Admissions | 03/12/20 | n/a |
| Supplemental Responses to Defendant Gallaher's First Request for Admissions | 07/20/20 | n/a |
| Plain Bay Sales, LLC, Katie Monahan, Inc., Katie Prudent, Henri Prudent and Adam Prudent's Responses and Objections to Gallaher's First Requests for Production | 01/31/20 | n/a |
| Plain Bay Sales, LLC, Katie Monahan, Inc., Katie Prudent, Henri Prudent and Adam Prudent's Amended Responses and Objections to Gallaher's First Requests for Production | 03/23/20 | n/a |
| Amended Responses to Gallaher's First Requests for Production | 05/11/20 | n/a |
| Supplemental Responses to Defendant Gallaher's First Requests for Production | 07/23/20 | n/a |
| **DOCUMENTS PRODUCED BY PARTIES** | | |
| Documents Produced by Haunert and Gallaher | No Date | HG 0001-122 |
| Video Clip Produced by Haunert and Gallaher | No Date | HG 0123 |
| Video Clip Produced by Haunert and Gallaher | No Date | HG 0124 |
| Video Clip Produced by Haunert and Gallaher | No Date | HG 0125 |
| Video Clip Produced by Haunert and Gallaher | No Date | HG 0126 |
| Video Clip Produced by Haunert and Gallaher | No Date | HG 0127 |
| Documents Produced by Prudent | No Date | PRUDENT-0001-781 |
| **DOCUMENTS PRODUCED BY NON-PARTIES** | | |
| A. Kent Allen Verification | 11/04/20 | n/a |
| Abigail Atkins Verification | 11/04/20 | n/a |
| Documents Produced by American Equine Insurance Group | n/a | AEIG-000001-80 |
| Documents Produced by BMS Insurance Solutions | No Date | BMS-000001-87 |
| Citation to Discover Assets to Third Party | n/a | n/a |
| Chris Kappler Verification | 11/11/20 | n/a |



EXHIBIT
1

**Geoff Vernon, DVM Reliance List**

| | | |
|---|---|---|
| Christine Russillo Verification | 11/04/20 | n/a |
| Documents Produced by Cornell University | 11/04/20 | CORNELL UNIVERSITY-000001-65 |
| Documents Produced by Diamond State Group | No Date | DIAMOND STATE GROUP-000001-33 |
| Email from Emil Spadone re No Documents to Produce | 11/11/20 | n/a |
| Documents Produced by Equine Clinic | 06/16/20 | n/a |
| Documents Produced by Equine Tack & Nutritionals | 06/16/20 | EQUINE TACK-000001-2 |
| Documents Produced by Gluck Equine | 11/19/20 | GLUCK EQUINE-000001-4 |
| Graham J. Alcock | 11/06/20 | n/a |
| Documents Produced by Jill Costello | 10/26/20 | JILL COSTELLO-000001-4 |
| Documents Produced by John R. Steele & Associates | 06/18/20 | STEELE-000001-10 |
| Documents Produced by Jorge Gomez | No Date | JORGE GOMEZ-000001-87 |
| Documents Produced by Joseph Zagorski | No Date | JOSEPH ZAGORSKI-000001-150 |
| Documents Produced by Kurt Selberg | 03/11/21 | KURT SELBERG-000001 |
| Documents Produced by Laura Kraut | No Date | LAURA KRAUT-000001-2 |
| Lorcan Gallagher | 11/06/20 | n/a |
| McLain Ward Verification | 10/23/20 | MCLAIN WARD-000001 |
| Documents Produced by Middleburg Equine Clinic, Inc. | 06/22/20 | MIDDLEBURG-000001-32 |
| Documents Produced by Palm Beach Equine Clinic, LLC | 06/16/20 | PB EQUINE-000001-86 |
| Documents Produced by Rood, Riddle & Partners, PSC, Inc. | 06/17/20 | ROOD-000002-13 |
| Documents Produced by Spy Coast Farm FL LLC | No Date | SPY-000001-43 |
| Todd Minkus Limited, Inc. Verification | 11/06/20 | n/a |
| Documents Produced by USEF | n/a | USEF-000001-178 |
| USEF's Response to Defendant's Subpoena to Produce Documents, Information, or Objects or to Permit Inspections in Civil Action | n/a | n/a |
| Documents Produced by Virginia Equine Imaging, P.L.C. | 07/02/20 | VIRGINIA EQUINE-000001-168 |
| Radiology Images Provided by Virginia Equine Imaging, P.L.C. | n/a | n/a |
| Zehra Gundogan, DVM Verification | 11/11/20 | n/a |

## Geoff Vernon, DVM Reliance List

| DEPOSITIONS | |
|---|---|
| Deposition Transcript of Cindy Jean Gallaher | 06/23/20 |
| Deposition Transcript of Zume Thi Quach Gallaher | 06/23/20 |
| Deposition Transcript of Nicole Haunert | 06/24/20 |
| Deposition Transcript of Paul Haunert | 06/25/20 |
| Deposition Transcript of William Martin | 06/26/20 |
| Deposition Transcript of Adam Prudent | 11/17/20 |
| Deposition Transcript of Henri Prudent Volume I | 11/18/20 |
| Deposition Transcript of Henri Prudent Volume II | 11/19/20 |
| Deposition Transcript of Katie Prudent Volume 1 | 01/11/21 |
| Deposition Transcript of Katie Prudent Volume 2 | 01/12/21 |
| Deposition Transcript of Christine Russillo, DVM | 02/02/21 |

| VIDEOS | |
|---|---|
| Video Compilation of Poor Performances | n/a |
| Video of Crash | 01/26/17 |
| Video of Todd Minikus Riding Victorio | 01/14/18 |
| Video of Todd Minikus Riding Victorio | 03/04/18 |
| Longines FEI 2018 | n/a |
| WEF 2 2017 (R1) | n/a |
| WEF 2 2017 (JO) | n/a |
| WEF 10 2017 | n/a |
| WEF 2 2019 | n/a |
| WEF 3 2019 | n/a |
| WEF 3 2019 | n/a |
| WEF 8 2019 | n/a |
| WEF 9 2019 | n/a |
| WEF 9 2019 | n/a |
| WEF 11 2019 | n/a |
| WEF 11 2019 | n/a |
| WEF 12 2019 (R1) | n/a |
| WEF 12 2019 (JO) | n/a |
| WEF 3 2020 | n/a |

## Geoff Vernon, DVM Reliance List

| | | |
|---|---|---|
| WEF 3 2020 (R1) | n/a | n/a |
| WEF 3 2020 (JO) | n/a | n/a |
| WEF 4 2020 | n/a | n/a |
| WEF 6 2020 | n/a | n/a |
| Videos of Victorio 5 trial in March 2018 | n/a | n/a |
| 2018 Holiday & Horses Horse Show | 11/29/18 | n/a |
| 2018 Holiday & Horses Horse Show | 11/29/18 | n/a |
| 2018 Holiday & Horses Horse Show | 11/30/18 | n/a |
| 2018 Holiday & Horses Horse Show | 11/30/18 | n/a |
| 2018 Holiday & Horses Horse Show | 12/02/18 | n/a |
| WEF 5 | 02/07/18 | n/a |
| WEF 5 | 02/08/18 | n/a |
| WEF 5 | 02/10/18 | n/a |
| Video 1 of Horse in Europe in 2013 | n/a | n/a |
| Video 2 of Horse in Europe in 2013 | n/a | n/a |
| Video of Adam at Hollow Speed Cup | n/a | n/a |
| **EXPERT REPORTS** | | |
| Frank Madden Expert Report | 10/31/20 | n/a |
| Timothy Ober Expert Report | 10/31/20 | n/a |
| Dianne Grod Expert Report | 11/02/20 | n/a |
| **OTHER** | | |
| Any and all pleadings, other filings and discovery materials (including, but not limited to depositions, documents produced both by parties and non-parties and expert reports) that may currently be unavailable but supplied to me after the date of this report | n/a | |