UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-CV-80581-MATTHEWMAN

PLAIN BAY SALES, LLC, a Florida
limited liability company,

    Plaintiff & Counter-Defendant,

v.

ZUME GALLAHER & PAUL HAUNERT,

    Defendants, Counterclaimants &
    Third-Party Plaintiffs,

v.

KATIE PRUDENT, ADAM PRUDENT, HENRI PRUDENT & KATIE MONAHAN, INC.,

    Third-Party Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to the settlement of the matter by the Parties, the Order of the Court [DE 571], and FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff, Counter-Defendants and Third-Party Defendants Plain Bay Sales, LLC, Katie Prudent, Adam Prudent, Henri Prudent and Katie Monahan, Inc. (all five collectively, the "Plain Bay Parties") together with Defendant/Counterclaimants Zume Gallaher and Paul Haunert (Ms. Gallaher and Mr. Haunert together the "Counterclaimants") (all together the "Parties," each individually a "Party") hereby each:

1. Request the Court retain jurisdiction to enforce the terms of the confidential settlement between the Parties; and

2. Hereby dismiss all of their respective claims, counterclaims, and defenses in this action, with all Parties to bear their own attorneys' fees and costs.

Plain Bay v. Gallaher
CASE NO.: 9:18-CV-80581-Matthewman
Joint Pretrial Stipulation
Page 2

Respectfully submitted this March 9, 2022.

| **CHAPMAN LAW GROUP, PLC** | **GREENBERG TRAURIG, P.A.** |
|---|---|
| *Avery Chapman* | /s/ *C. Wade Bowden, Esq. B.C.S.* |
| AVERY S. CHAPMAN, Esq. | C. WADE BOWDEN, Esq., B.C.S. |
| Florida Bar No. 517321 | Florida Bar No. 0090735 |
| asc@chapmanlawgroup.net | bowdenw@gtlaw.com |
| teh@chapmanlawgroup.net | flservice@gtlaw.com |
| GRACE DE LA GUERONNIERE, Esq. | TYRONE A. ADRAS, Esq. |
| Florida Bar No. 1021673 | Florida Bar No. 107294 |
| grg@chapmanlawgroup.net | adrast@gtlaw.com |
| 12008 South Shore Blvd. | flservice@gtlaw.com |
| Suite 105 | chalkleyt@gtlaw.com |
| Wellington, FL 33414 | 777 S. Flagler Drive, Suite 300E |
| Tel:    561.753.5996 | West Palm Beach, FL  33401 |
| Fax:   561.828.2852 | (561) 650-7922 Phone |
|  | (561) 838-8823 Fax |
| **DAY PITNEY LLP** | **CLARK*EVERSON LLP** |
| GARY S. BETENSKY, Esq. | 4580 E. Thousand Oaks Blvd., Suite 160 |
| Florida Bar No. 434302 | Westlake Village, CA  91362 |
| gbetensky@daypitney.com | (805) 322-4949 Phone |
| One Clearlake Centre, Suite 1504 | (805) 322-4958 Fax |
| 250 Australian Avenue, South |  |
| West Palm Beach, Florida 33401-5016 | /s/ Meghan B. Clark |
| Telephone: (561) 803-3500 | MEGHAN B. CLARK, Esq. |
| Facsimile: (561) 790-8756 | *Admitted Pro Hac Vice* |
|  | California Bar No. 199084 |
| *Counsel for Plain Bay Sales, LLC,* | mclark@clarkeversonlaw.com |
| *Katie Prudent, Henri Prudent, Adam Prudent,* | DANIELLE R. EVERSON, Esq. |
| *and Katie Monahan, Inc.* | *Admitted Pro Hac Vice* |
|  | California Bar No. 274394 |
|  | deverson@clarkeversonlaw.com |
|  |  |
|  | *Counsel for Paul Haunert and Zume Gallaher* |