UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 18-cv-80581-MATTHEWMAN

PLAIN BAY SALES, LLC,
a Florida limited liability company,

    Plaintiff and Counter-Defendant,

v.

ZUME GALLAHER AND
PAUL HAUNERT,

    Defendants, Counterclaimants,
    and Third-Party Plaintiffs,

v.

KATIE PRUDENT, ADAM PRUDENT,
HENRI PRUDENT, AND KATIE
MONAHAN, INC.,

    Third-Party Defendants.
_____/

FILED BY KJZ D.C.
Mar 9, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice ("Stipulation") [DE 574]. The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**;

2. Each party shall bear its own attorney's fees and costs;

3. All pending motions are **DENIED AS MOOT**; and

4. The Court shall retain jurisdiction to enforce the terms of the parties' confidential settlement agreement.

5. The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 9th day of March, 2022.

*/s/ William Matthewman*
WILLIAM MATTHEWMAN
United States Magistrate Judge